No. 36. MISSOURI-KANSAS-TEXAS RAILROAD COMPANY
*v.* TEXAS. On writ of certiorari to the Court of Civil
Appeals, Third Supreme Judicial District, State of Texas.
Argued October 17, 1927. Decided October 31, 1927. *Per
Curiam.* In this case, in which a certiorari was granted,
the writ is now vacated for the reason that the grounds
advanced for the granting of the writ prove, upon an
examination of the record, not to have a substantial basis.
*Southern Power Co.* v. *North Carolina Public Service Co.,*
263 U. S. 508; *Houston Oil Co.* v. *Goodrich,* 245 U. S. 440;
*United States* v. *McFarland, ante,* p. 485.

In this case exception is taken by one of counsel for
the respondent to seven pages of a reply brief filed by one
of counsel for the petitioner. The matter excepted to is
an effort by counsel for the petitioner to minimize and
detract from the weight of a supplemental record which
the Court permitted to be filed by a recital of correspond-
ence and communications between opposing counsel with
an intimation that, contrary to an agreement, no oppor-
tunity had been furnished to oppose the filing. Respond-
ent's counsel asks that this brief be stricken from the
files as improper. The motion is granted. The supple-
mental record was filed by order of the Court. No motion
was made to have the order revoked or the record
stricken off the files. We can not approve of this insinuat-
ing and irregular method of reflecting on opposing counsel
and on the relevancy and weight of a document which
the Court has permitted to be filed. *Mr. Alex H. Mc-
Kniaht,* with whom *Messrs. J. M. Bryson* and *C. C. Huff*
were on the brief, for petitioner. *Messrs. Joseph W.
Bailey* and *Luther Nickels,* with whom *Messrs. Claude
Pollard, Dan Moody* and *D. A. Simmons* were on the brief,
for respondent.